CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
For C'Ville
SEP 14 2005
JOHN F. CORCORAN, CLERK
BY: /s/ 
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
## CHARLOTTESVILLE DIVISION

| | |
|---|---|
| BRENDA J. CARPENTER,<br><br>*Plaintiff,*<br><br>v.<br><br>JO ANNE B. BARNHART, COMMISSIONER OF SOCIAL SECURITY,<br><br>*Defendant.* | CIVIL ACTION No. 3:04CV00094<br><br><br>ORDER<br><br><br>JUDGE NORMAN K. MOON |

By standing order of the Court, this case was referred to the Honorable B. Waugh Crigler, United States Magistrate Judge, for proposed findings of fact and a recommended disposition. The Magistrate filed his report on August 9, 2005, recommending that this Court enter an Order reversing the Commissioner's final decision, denying the Commissioner's motion for summary judgment, granting the Plaintiff's motion for summary judgment, entering judgment in favor of Plaintiff, and recommitting the case to the Commissioner for the sole purpose of calculating and paying proper benefits.

After a careful review of the entire record in this case, and no objection having been filed to the Magistrate Judge's Report within ten (10) days of its service upon the parties, this Court adopts the Magistrate Judge's report in its entirety.

Accordingly, it is this day ORDERED that the Report and Recommendation of the United States Magistrate Judge filed August 9, 2005, shall be, and hereby is, ADOPTED, in its entirety.

This case is dismissed and stricken from the docket of the Court.

The Clerk of the Court is hereby directed to send a certified copy of this Order to all counsel of record.

ENTER: _Norman K. Moon_

U.S. District Court Judge

DATE: _Sept. 14, 2005_