IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

BRENDA J. CARPENTER,

                *Plaintiff,*

v.

MICHAEL J. ASTRUE, COMMISSIONER OF
SOCIAL SECURITY,

                *Defendant*

CIVIL NO. 3:04cv00094

ORDER

JUDGE NORMAN K. MOON

This matter is before the Court on Plaintiff's unopposed Motion for Award of Attorney Fee Pursuant to 42 U.S.C. § 406(b), filed on May 13, 2007 (docket entry no. 16). This matter was referred to the Honorable B. Waugh Crigler, United States Magistrate Judge, to make proposed findings of fact and a recommendation. After a review of record, and no objection having been filed to Judge Crigler's Report recommending payment of the fee in full, it is ORDERED that the Report and Recommendation of the United States Magistrate Judge filed May 25, 2007, be ADOPTED in its entirety, and it is ORDERED that C. Cooper Geraty, Esq. be awarded $5,647.25 under § 206(b) of the Social Security Act, 42 U.S.C. §406(b).

It is so ORDERED.

The Clerk of the Court is hereby directed to send a certified copy of this Order to all counsel of record.

ENTERED: _____
United States District Judge

June 13, 2007
Date

- 1 -